**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KRYSTYNA MARIA GRELL, | ) |
| Plaintiff, | ) |
| | ) Case No. 18 C 8197 |
| v. | ) |
| | ) Judge John Robert Blakey |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al., | ) |
| Defendants. | ) |

## AGREED ORDER

In this immigration case, the parties requested, and the Court entered, an agreed order resolving the matter in dispute. *See* [38]. Thereafter, Plaintiff filed a motion for attorneys' fees and costs under the Equal Access to Justice Act, [39], but the Court denied the motion without prejudice because it did not comply with the Court's rules and orders. *See* [43]. In lieu of a renewed motion, the parties have now filed a motion seeking an agreed order resolving Plaintiff's claim for fees. The Court grants the motion [44]. By agreement of the parties, Defendants shall pay Plaintiff $17,000.00, and pursuant to the parties' settlement agreement, this amount shall serve as full and complete settlement of all claims by Plaintiff relating to the payment of attorneys' fees and costs in this matter.

Dated: May 6, 2020

Entered:

_____
John Robert Blakey
United States District Judge